IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLIFTON INGRAM                                                                 PLAINTIFF

V.                              3:06CV00170 WRW/JWC

DICK BUSBY, et al                                             DEFENDANTS

<u>ORDER</u>

Due to the removal of this case to federal court, by order entered October 20, 2006 (<u>see</u> docket entry #18), Plaintiff was directed to submit a new in forma pauperis application pursuant to 28 U.S.C. § 1915 as well as to file a calculation sheet that had been properly completed by an authorized official of the incarcerating facility stating the amount of money or securities on deposit in his institutional account for the previous six-month period. On October 27, 2006, Plaintiff submitted the proper financial information in compliance with § 1915(a)'s requirements (<u>see</u> docket entry #23); however, six days later he filed a motion to voluntarily dismiss his 42 U.S.C. § 1983 complaint in its entirety (docket entry #25), with no further explanation. Four days later, Plaintiff filed a motion to withdraw the motion to voluntarily dismiss (docket entry #26) on the grounds that Defendants coerced and threatened him with additional time and charges unless he made the original filing.

Plaintiff's motion to withdraw the motion to voluntarily dismiss (docket entry #26) is GRANTED. Plaintiff's motion to voluntarily dismiss (docket entry #25) is DENIED AS MOOT.

IT IS SO ORDERED this 14th day of November, 2006.

                                                                             /s/Wm. R. Wilson, Jr.
                                                        UNITED STATES DISTRICT JUDGE