IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLIFTON INGRAM                                                                                    PLAINTIFF

V.                           NO.  3:06cv00170 WRW-JWC

DICK BUSBY, et al                                                                              DEFENDANTS

## ORDER

This case appears ready to set for trial.  Plaintiff has made a timely jury demand (docket entry #4).  Motions dispositive of this case, in whole or in part, should be filed within forty-five (45) days of this order's entry date.  Absent the filing of any such motions, counsel will be appointed and this case will be forwarded to the District Judge for scheduling of a trial.

IT IS SO ORDERED this 31st day of January, 2007.

_____
UNITED STATES MAGISTRATE JUDGE