# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CLIFTON INGRAM**                                                                           **PLAINTIFF**

**3:06CV00170-WRW**

**DICK BUSBY, et al.**                                                                        **DEFENDANTS**

## ORDER

I have received proposed findings and recommendations (Doc. No. 57) from United States Judge Magistrate Jerry W. Cavaneau.

Plaintiff contacted the Clerks's Office on February 12, 2008 and indicated that his address had changed and that intended to go forward with the case.[1]

Accordingly, the proposed findings and recommendations -- to dismiss the case for failure to prosecute -- are not adopted. This case is referred back to Judge Cavaneau for resolution.

IT IS SO ORDERED this 19th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 59.