IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLIFTON INGRAM                                                     PLAINTIFF

V.                           NO.  3:06cv00170 WRW

DICK BUSBY, et al                                        DEFENDANTS

<u>ORDER</u>

Plaintiff filed a change of address on March 6, 2008 (docket entry #65) and the Clerk certified mailing the Court's recommendations to Plaintiff at this address (docket entry #67).  The mail has been returned as undeliverable, with the notation that Plaintiff has been released (<u>see</u> docket entries #68, #69).  Repeating his past behavior, Plaintiff has not notified the Court of his current address.  However, on February 12, 2008, Plaintiff indicated his desire to continue his cause of action and updated his address (docket entry #59).  Therefore, the Clerk is directed to send a copy of the recommendations (docket entry #66) to Plaintiff at the only other available address of Post Office Box 3283, West Memphis, AR 72303.

Plaintiff's objections to the recommendations will be due within eleven (11) days of the date of entry of this order.

IT IS SO ORDERED this 20th day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE