IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CLIFTON INGRAM**                                                  **PLAINTIFF**

**V.**                      **3:06-CV-00170-WRW**

**DICK BUSBY, et al.**                                           **DEFENDANTS**

### ORDER

Pending is Plaintiff's Reply to the Proposed Finding and Recommended Proposal (Doc. No. 75), which I will interpret as objections to Recommended Disposition

The objections were filed after I entered an Order on April 7, 2008. However, I have reviewed the objections, the March 10, 2008 Recommended Disposition, and the April 7, 2008 Order. None of Plaintiff's objections go to the merits of the March 10, 2008 Recommended Disposition.

Accordingly, Plaintiff's Reply to the Proposed Finding and Recommended Proposal is DENIED. The April 7, 2008 Order and Judgment remain in full effect.

IT IS SO ORDERED this 8th day of April, 2008.

                                                                               /s/ Wm. R.Wilson, Jr.
                                                       UNITED STATES DISTRICT COURT